IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM H. ROGERS, JR. et al., | ) | Case No. 4:06CV00015 |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Jackson L. Kiser |
| DOW AGROSCIENCES, LLC, et al., | ) | Senior United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Motion to Amend and Motion to Stay are **DENIED.**

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 16th day of October, 2006

s/Jackson L. Kiser
Senior United States District Judge

1