IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM H. ROGERS, JR. et al., | ) | Case No. 4:06CV00015 |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Jackson L. Kiser |
| DOW AGROSCIENCES, LLC, et al., | ) | Senior United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motions to Dismiss are partially **DENIED,** partially **GRANTED**, and partially **GRANTED WITH LEAVE TO AMEND FOR TWENTY (20) DAYS.** Due to the complexity of the various motions, my rulings are listed below according to claims in the original Complaint:

1. Motion to Dismiss Negligence against Defendants Dow, Timberland, Chemorse, and Provine: **DENIED**. Related to this is the Motion to Dismiss *Res Ipsa Loquitur*, which can neither be denied nor granted as *Res Ipsa Loquitur* is an evidentiary doctrine, and not a cause of action.

2. Motion to Dismiss Breach of Implied Warranties of Fitness For a Particular Purpose and Merchantability against Defendants Dow, Chemorse, Timberland: **DENIED**. The Motion is **GRANTED WITH REGARDS TO DEFENDANT PROVINE, ALTHOUGH WITH LEAVE FOR THE PLAINTIFF TO AMEND WITHIN TWENTY (20) DAYS**.

3. Motion to Dismiss Breach of Express Warranty is **DENIED** to all Defendants.

4. Motion to Dismiss Violation of the Magnuson Moss Warranty Act ("MMWA") is **DENIED** to

1

all Defendants except Provine, to which it is **GRANTED WITH LEAVE FOR THE PLAINTIFF TO AMEND WITHIN TWENTY (20) DAYS**.

5. Motion to Dismiss Trespass against Defendant Provine: **GRANTED**.

6. Motion to Dismiss Punitive Damages: **GRANTED WITH LEAVE FOR THE PLAINTIFF TO AMEND WITHIN TWENTY (20) DAYS** to all Defendants.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 31st day of October, 2006

s/Jackson L. Kiser<br>
SENIOR UNITED STATES DISTRICT JUDGE