CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 30 2007

JOHN F. CORCORAN, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

WILLIAM H. ROGERS, JR., ET AL,

    Plaintiffs,

v.                                    Civil Action No. 4:06CV00015

DOW AGROSCIENCES, LLC, ET AL,

    Defendants.

### STIPULATION OF DISMISSAL

This day come the parties, by their counsel, and represent that this matter has been resolved. Accordingly, pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, the parties stipulate that this case should be DISMISSED WITH PREJUDICE and stricken from the Court's docket. Each party shall bear his/her/its own costs.

| | |
|---|---|
| /s/ *Glenn W. Pulley* | /s/ *James M. Snyder* |
| Counsel for the Plaintiffs | Counsel for Dow AgroSciences, LLC |
| | (signed with permission) |
| /s/ *Stephen D. Otero* | /s/ *Kevin P. Oddo* |
| Counsel for BASF Corporation | Counsel for Provine Helicopter Ser. |
| (signed with permission) | (signed with permission) |
| /s/ *Heather S. Deane* | /s/ *Frank B. Miller, III* |
| Counsel for Chemorse, Ltd. | Counsel for UAP Timberland, LLC |
| (signed with permission) | (signed with permission) |

ORDERED THIS 30th DAY OF January, 2007.

/s/ Jackson L. Kiser
The Honorable Jackson L. Kiser, Judge